EUGENE PALLADINO, Appellant, v CNY CENTRO, INC., et al., Respondents.

Submitted May 19, 2014; decided July 1, 2014

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 23 NY3d 140 (2014)].